IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CR165

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| ERIC WILLIAM LAUGHTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**BASED** upon an oral motion made by the defendant's counsel, Ronald True, and for other good cause shown therein, it is **ORDERED** that the arrangement and detention hearing in this matter be continued until the August 25, 2006.

Signed: August 28, 2006

Dennis L. Howell
United States Magistrate Judge